

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No 1:18-po-00087-SAB |
| vs. | ) | ORDER OF RELEASE |
| RYAN A. KEPPLER, | ) | |
| Defendant. | ) | |

The above named defendant appeared before this Court today July 26, 2018. Defendant has paid the collateral amount of $380.00 as listed on Warrant issued June 29, 2018 (Doc. 4) and paid in full through the Clerk's office per entry on case docket (receipt no. CAE 100039809) on this date July 26, 2018.

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.

DATED: 7/26/18

_____
BARBARA A. McAULIFFE
U.S. Magistrate Judge

9/26/96 exonbnd.frm

1