1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   RYAN KEPPLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-po-00087-SAB |
|---|---|
| Plaintiff, | **MOTION TO VACATE OCTOBER 25, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| RYAN KEPPLER, | |
| Defendant. | |

Defendant Ryan Keppler hereby requests that the Court vacate the October 25, 2018 review hearing. The Government is in agreement with the request.

On July 26, 2018, the Honorable Barbara A. McAuliffe ordered Mr. Keppler to pay the citation and set a review hearing to ensure that payment was received. Mr. Keppler paid the outstanding citation in full that same day. Accordingly, the parties request that the Court vacate the October 25, 2018 review hearing.

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

Date: August 13, 2018                                */s/ Hope Alley*
                                                  HOPE ALLEY
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  RYAN KEPPLER

**O R D E R**

Pursuant to the parties' request, the Court vacates the October 25, 2018 review hearing for Case No. 1:18-po-00087.

IT IS SO ORDERED.

Dated:   **August 14, 2018**

UNITED STATES MAGISTRATE JUDGE